**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**
**WICHITA DIVISION**

| | |
|---|---|
| **TINA VETTER-CONLEY, individually and on behalf of all others similarly situated,**<br><br>***Plaintiff*,**<br><br>**v.**<br><br>**THE POST MILLENNIAL CORPORATION,**<br><br>***Defendant*.** | **Civil Action No.: 6:25-cv-01125** |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff Tina Vetter-Conley, individually on behalf of herself, hereby dismisses without prejudice all her individual claims against Defendant The Post Millennial Corporation, and without prejudice as to the claims of the putative class members, and with each party to bear her or its own attorneys' fees and costs.

Dated: May 1, 2026

Respectfully submitted,

/s/James J Rosemergy

James J. Rosemergy (Bar No. 79248)
**CAREY DANIS & LOWE**
8235 Forsyth Blvd., Suite 1100 St.
Louis, Missouri 63105
Ph: 314-725-7700
jrosemergy@careydanis.com

-AND-

Paul J. Doolittle
Ryan D Wilson
**POULIN | WILEY | ANASTOPOULO, LLC**
32 Ann Street
Charleston, SC 29403
Tel: 803-222-2222 Fax:843-494-5536
Email: paul.doolittle@poulinwilley.com
ryan.wilson@poulinwilley.com
cmad@poulinwilley.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that May 1, 2026, the foregoing document was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system.

*/s/ James Rosemergy*
James Rosemergy